USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                                   :

LUIS RAFAEL FIGUEROA, JR.,              :

                               Plaintiff,      :            1:21-cv-7849-GHW

                         -v -                             :                  <u>ORDER</u>

MERRICK B. GARLAND, in his official capacity    :
as the Attorney General of the United States and
Head of United States Department of Justice and,    :
UNITED STATES MARSHALS SERVICE,

                               Defendants.     :
-------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

       The Court has received Defendants' motion to dismiss the first amended complaint, Dkt. Nos. 17–19. Plaintiff's opposition is due no later than May 17, 2022; Defendants' reply, if any, is due within seven days after service of Plaintiff's opposition.

       SO ORDERED.

Dated: April 26, 2022
        New York, New York

                                                    GREGORY H. WOODS
                                                 United States District Judge