

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2023

*86 Chambers Street*
*New York, New York 10007*

February 23, 2023

**MEMORANDUM ENDORSED**

**BY ECF**
The Honorable Gregory H. Woods
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

      Re:    *Figueroa v. Garland et al.*, No. 21 Civ. 7849 (GHW)

Dear Judge Woods:

      This Office represents the Government in this employment discrimination matter, in which the Court recently granted the Government's request to stay discovery and to enter a briefing schedule on its motion to dismiss Plaintiff Luis Figueroa's second amended complaint. *See* ECF No. 36. I write respectfully to request an extension of the deadline to file the Government's motion, from March 6 to March 27, 2023. The extension is requested as the undersigned counsel will be on trial the week before the current due date, starting February 27, 2023, before the Honorable Andrew E. Krause. This is the first request for an extension of this deadline, to which Plaintiff consents. Plaintiff requests a due date for his opposition brief of April 20, 2023, based on counsel's schedule. Should these dates be amenable to the Court, the Government proposes to file its reply brief no later than April 28, 2023.

      The Government thanks the Court for its consideration of this matter.

      Respectfully,

      DAMIAN WILLIAMS
      United States Attorney

      By:  */s/ Stephen Cha-Kim*
      STEPHEN CHA-KIM
      Assistant United States Attorney
      (212) 637-2768
cc:    Counsel for Plaintiff (by ECF)    stephen.cha-kim@usdoj.gov

---

Application granted. The deadline for the Government to file and serve its motion to dismiss Plaintiff's amended complaint is March 27, 2023. The deadline for Plaintiff to file and serve his opposition to the motion is April 20, 2023; the Government's reply, if any, must be filed and served no later than April 28, 2023.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 37.
SO ORDERED.

Dated: February 23, 2023
New York, New York

      GREGORY H. WOODS
      United States District Judge