USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------- X
:
LUIS RAFAEL FIGUEROA, JR., :
:
                      Plaintiff,    :    1:21-cv-7849-GHW
:
       -against-    :    ORDER
:
MERRICK B. GARLAND, *in his official capacity as the* :
*Attorney General of the United States, et al.*, :
:
                 Defendant(s).  :
:
------------------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      The Court has received and reviewed the stipulation of substitution of counsel filed by Defendant's attorney at Dkt. No. 45. The Court declines to enter that stipulation because it does not fully comply with Local Rule 1.4. Under Local Rule 1.4, such a stipulation must be signed by all parties to the litigation. Alternatively, counsel may move for leave to withdraw. Any such motion must comply fully with the requirements of Local Rule 1.4.

      SO ORDERED.

Dated: May 11, 2023
New York, New York

                                                       GREGORY H. WOODS
                                                  United States District Judge