```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                     :

LUIS RAFAEL FIGUEROA, JR.,            :
                                       :

                   Plaintiff,     :           1:21-cv-7849-GHW
                                       :

             -v -                 :               <u>ORDER</u>
                                       :

MERRICK B. GARLAND, *in his official capacity as the* :
*Attorney General of the United States, et al.,*     :
                                       :

                 Defendants.   :
                                       :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        On July 31, 2023, this Court entered a memorandum order and opinion denying Defendants'

motion to dismiss Plaintiff's second amended complaint. Dkt. No. 50. This order schedules a

conference to discuss the next steps in this case for **August 4, 2023 at 3:00 p.m.** The conference

will be conducted by telephone. The parties are directed to the Court's Individual Rules of Practice

in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules

contains the dial-in number for the conference and other relevant instructions. The parties are

specifically directed to comply with Rule 2(B) of the Court's Individual Rules.

        SO ORDERED.

Dated: July 31, 2023
       New York, New York
                                 _____
                                  GREGORY H. WOODS
                                 United States District Judge