

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/1/2023
```

*86 Chambers Street*
*New York, New York 10007*

August 1, 2023

**BY ECF**                                                       **MEMORANDUM ENDORSED**
The Honorable Gregory H. Woods
United States District Judge
United States District Court
500 Pearl Street
New York, New York 10007

              Re:    *Figueroa v. Garland, et al.*, 21 Civ. 7849 (GHW)

Dear Judge Woods:

      This Office represents the defendants, the United States Marshals Service ("USMS") and Merrick B. Garland, who has been sued in his official capacity as the Attorney General of the United States (the "Government") in this employment discrimination case brought by plaintiff Luis Rafael Figueroa ("Plaintiff"), a former USMS employee. I write respectfully to request an adjournment of the conference scheduled for August 4, 2023, at 3:00 p.m. ECF No. 51.

      On July 31, 2023, the Court denied the Government's motion to dismiss the Plaintiff's second amended complaint. ECF No. 50. Shortly thereafter, the Court entered an order scheduling a conference in this matter to occur, by telephone, on August 4, 2023. ECF No. 51. Counsel for the Government respectfully requests that the conference be adjourned, as counsel for the Government must attend a hearing in another matter that is scheduled to last the full day on August 4, 2023, and potentially continue through the day on August 7, 2023. Counsel for both parties are available on August 8-9, 2023, as well as August 14-18, 2023.

      This is the Government's first request for an adjournment of this conference and Plaintiff consents to the request.

      I thank the Court for its consideration of these requests.

Respectfully,

cc:    Counsel for Plaintiff (by ECF)

DAMIAN WILLIAMS
United States Attorney

By: */s/ Tara Schwartz*
~~TARA SCHWARTZ~~
Assistant United States Attorney
Telephone: (212) 637-2633
Email: tara.schwartz@usdoj.gov

---

Application granted in part. The conference scheduled for August 4, 2023, is rescheduled to August 2, 2023 at 3:00 p.m. The other instructions provided for the conference's location, *see* Dkt. No. 51, remain in effect.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 52.

SO ORDERED.

Dated: August 1, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge