```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/2/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                          :

LUIS RAFAEL FIGUEROA, JR.,                :

                                           Plaintiff,      :      1:21-cv-7849-GHW

                                   -v -                                 :      <u>ORDER</u>

MERRICK B. GARLAND, *in his official capacity as the* :
*Attorney General of the United States*, *et al.*,    :

                                      Defendants.  :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As described at the August 2, 2023 conference, the parties are directed to submit a joint letter concerning next steps in this case by no later than August 11, 2023.

      SO ORDERED.

Dated: August 2, 2023
       New York, New York

                                                                                  _____
                                                                                   GREGORY H. WOODS
                                                                          United States District Judge