UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

LUIS RAFAEL FIGUEROA, JR.

                Plaintiff

       -*against*-                                **ADMINISTRATIVE ORDER**

MERRICK B. GARLAND, in his official              1:21-cv-7849-AMD

capacity as the Attorney General of the

United States and Head of United States

Department of Justice and,

UNITED STATES MARSHALS SERVICE,

                Defendants.
_____

WHEREAS, this case having been reassigned to United States District Judge Ann M. Donnelly of the Eastern District of New York, sitting by designation in the Southern District; and

WHEREAS, pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed; and

WHEREAS, due to the emergency resulting from the disqualification of all of the judges of the District Court for the Southern District of New York under 28 U.S.C. § 455(a), the Southern District of New York has certified the need for magistrate judge assistance from the District Court of the Eastern District of New York; it is hereby

ORDERED, with the concurrence of Chief Judge Margo Brodie of the Eastern District of New York, that Magistrate Judge Marcia M. Henry is designated to hold court and perform any and all

judicial duties designated under 28 U.S.C. § 636, subsections (a), (b), and (c), in the Southern District of New York for the purpose of adjudicating the above-referenced case. This designation shall remain in effect until the case is resolved.

Dated: October 5, 2023
      New York, New York

                                                _____
                                                  LAURA TAYLOR SWAIN, U.S.D.J.
                                                           *Chief Judge*