UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

LUIS RAFAEL FIGUEROA, JR.,

               Plaintiff,

   -against-

MERRICK B. GARLAND, *et al.*

              Defendants.

------------------------------------------------------------ x

**STATUS REPORT ORDER**

21-CV-7849 (AMD)(MMH)

**MARCIA M. HENRY**, United States Magistrate Judge:

By February 28, 2024, the parties shall file a joint status report (not exceeding three pages) regarding their progress with discovery and whether they seek a settlement conference before the undersigned.

                                             **SO ORDERED.**

Brooklyn, New York                           /s/*Marcia M. Henry*
February 7, 2024                             MARCIA M. HENRY
                                           United States Magistrate Judge