UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
LUIS RAFAEL FIGUEROA, JR.,                  :
                                            :
                  Plaintiff,           :
                                            :  **ORDER**
    -against-                              :
                                            :  21-CV-7849 (AMD)(MMH)
MERRICK B. GARLAND, *et al.*                :
                                            :
                  Defendants.          :
-----------------------------------------------------------------x

**MARCIA M. HENRY**, United States Magistrate Judge:

       The parties report progress with paper discovery and do not seek a settlement conference at this time. All discovery deadlines in the November 29, 2023 Order remain in effect.

                                                  **SO ORDERED.**

Brooklyn, New York                       /s/*Marcia M. Henry*
March 19, 2024                            MARCIA M. HENRY
                                         United States Magistrate Judge