UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
LUIS RAFAEL FIGUEROA, JR., :
:
                      Plaintiff, :
:     **ORDER**
   -against- :
:     21-CV-7849 (AMD)(MMH)
MERRICK B. GARLAND, *et al.* :
:
                  Defendants. :
---------------------------------------------------------------- x

**MARCIA M. HENRY**, United States Magistrate Judge:

      Plaintiff's motion for a 90-day extension of time to complete discovery is granted, with Defendants' consent. The parties' discovery plan is So Ordered as amended. The deadline to complete fact discovery is **August 29, 2024**, with a joint status report certifying the close of fact discovery due **September 3, 2024**. All discovery shall be completed by **December 3, 2024**, with a joint status report certifying the close of all discovery due by **December 9, 2024.** See attached for all deadlines.

                                            **SO ORDERED.**

Brooklyn, New York                          /s/*Marcia M. Henry*
May 31, 2024                                MARCIA M. HENRY
                                         United States Magistrate Judge

Case Name: __Figueroa v. Garland et al_____ Case Number: __21__ CV - __7849__ (AMD) (MMH)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | X | | |
| 2. Rule 26(a)(1) disclosures exchanged | X | | |
| 3. Requested: | | | |
|     a. Medical records authorization | X | | |
|     b. CPL § 160.50 releases for arrest records | | X | |
|     c. Identification of John Doe/Jane Doe defendants | | X | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | | | |
| 5. Protective Order to be submitted for court approval (see Standing Protective Order on the Chambers website) | X | | |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | X | | |
| 2. Defendant to make settlement offer | X | | |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date for mediation to be completed) | | X | |
| 4. Settlement Conference (proposed date) | | | TBD |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties | | X | |
| 2. Motion to amend pleadings | | | 12/7/2023 |
| 3. Initial documents requests and interrogatories | | | 12/11/2023 |
| 4. All fact discovery to be completed (including disclosure of medical records) | | | 8/29/2024 |
| 5. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 9/3/2024 |

Rev. 06-28-2021

| 6. Expert discovery (only if needed) | *Check here if not applicable* | | |
|---|---|---|---|
| Plaintiff expert proposed field(s) of expertise: | economic expert (to calculate damages) | | |
| Defendant expert proposed field(s) of expertise: | potentially rebuttal economic expert | | |

| | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| a. Affirmative expert reports due | | | 9/29/2024 |
| b. Rebuttal expert reports due | | | 10/17/2024 |
| c. Depositions of experts to be completed | | | 11/14/2024 |
| 7. Completion of ALL DISCOVERY (if different from C.4) | | | 12/3/2024 |
| 8. Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | 12/9/2024 |
| 9. If any party seeks a **dispositive motion**, date to<br>　a. file request for pre-motion conference (if required), or<br>　b. file briefing schedule for the motion | | | 1/9/2025 |
| 10. Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | 1/9/2025 |

### D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| 1. All parties consent to Magistrate Judge jurisdiction for dispositive motions? | ☐ Yes<br>☒ No |
|---|---|
| 2. All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes<br>☒ No |

### E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| 1. Motion for collective action certification in FLSA cases | | | |
|---|---|---|---|
| 　a. Response due<br>　b. Reply due | | | |
| 2. Motion for Rule 23 class certification | | | |
| 　a. Response due<br>　b. Reply due | | | |

**This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.**

SO ORDERED:

*Marcia M. Henry*　　　　　　　　　　5/31/2024
**MARCIA M. HENRY**　　　　　　　　　Date
United States Magistrate Judge

Rev. 06-28-2021