UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
LUIS RAFAEL FIGUEROA, JR.,                         :
                                                   :
                    Plaintiff(s),         :
                                                   :       **ORDER**
  -against-                                       :
                                                   :       21-CV-7849 (AMD)(MMH)
                                                   :
MERRICK B. GARLAND, *et al.*                       :
                                                   :
                    Defendants.           :
----------------------------------------------------------------- x

**MARCIA M. HENRY**, United States Magistrate Judge:

The parties' adjournment request filed at ECF No. 73 is granted in part and denied in part. The video status conference is scheduled for 07/10/2024 at 3:00PM is adjourned to 07/11/2024 at 2:00PM before Magistrate Judge Marcia M. Henry. Pro se litigants and counsel for each represented party shall appear via video. All attendees shall use the Zoom invitation link sent to the email addresses listed on the docket. The parties shall join the video call ten (10) minutes before the conference.

To access this conference telephonically, the phone number 646-828-7666 and follow these steps: (1) Enter the meeting ID number: **160 267 2988** and then press #. (2) Press # again. (3) Enter the passcode: **578943**.

Persons granted remote access to proceedings are reminded that photographing, recording, and rebroadcasting of any court proceeding or communication with the Court are prohibited. Violation of these prohibitions may result in sanctions. A transcript of the proceeding may be ordered from the E.D.N.Y. Clerk's Office.

                                        **SO ORDERED.**

Brooklyn, New York                    /s/*Marcia M. Henry*
July 9, 2024                           MARCIA M. HENRY
                                       United States Magistrate Judge