UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
LUIS RAFAEL FIGUEROA, JR.,                    :
                                              :
                Plaintiff,    :
                                              :    **ORDER**
   -against-                                 :
                                              :    21-CV-7849 (AMD)(MMH)
MERRICK B. GARLAND, *et al.*                  :
                                              :
              Defendants.   :
---------------------------------------------------------------- x

**MARCIA M. HENRY**, United States Magistrate Judge:

      Plaintiff reports completion of document production pursuant to the Court's July 30, 2024 Order. The November 1, 2024 deadline to submit a joint status report certifying the close of discovery remains in effect.

                                      **SO ORDERED.**

Brooklyn, New York                /s/*Marcia M. Henry*_____
August 13, 2024                  MARCIA M. HENRY
                                    United States Magistrate Judge