UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
LUIS RAFAEL FIGUEROA, JR.,                                     :
                                                               :
                           Plaintiff,                          :
                                                               :   ORDER
         -against-                                             :
                                                               :   21-CV-7849 (AMD)(MMH)
MERRICK B. GARLAND et al.,                                     :
                                                               :
                           Defendants.                         :
-------------------------------------------------------------- x

**MARCIA M. HENRY**, United States Magistrate Judge:

The parties report having completed fact discovery. (*See* ECF No. 81.) Fact discovery is hereby certified as closed. By **01/03/2024**, the parties shall file a joint status report regarding expert discovery (if any) and whether they seek a settlement conference.

**SO ORDERED.**

Brooklyn, New York
December 23, 2024

*/s/Marcia M. Henry*
MARCIA M. HENRY
United States Magistrate Judge