UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
LUIS RAFAEL FIGUEROA, JR.,                   :
                                             :
                              Plaintiff,     :
                                             :           **ORDER**
        -against-                            :
                                             :           21-CV-7849 (AMD)(MMH)
MERRICK B. GARLAND, *et al.*                 :
                                             :
                              Defendants.    :
---------------------------------------------------------------- x

**MARCIA M. HENRY**, United States Magistrate Judge:

The parties report that they have completed all fact discovery, state that they do not intend to engage in expert discovery, and request a settlement conference. Accordingly, all discovery is certified as closed.

By **February 21, 2025**, the parties shall meet and confer and submit a joint letter stating dates and times of mutual availability in March 2025 for a video settlement conference. The deadline to file a premotion conference letter is adjourned pending the settlement conference.

                                                **SO ORDERED.**

Brooklyn, New York           /s/*Marcia M. Henry*
February 13, 2025            MARCIA M. HENRY
                             United States Magistrate Judge