UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

| | |
|---|---|
| LUIS RAFAEL FIGUEROA, JR.,<br><br>                  Plaintiff,<br><br>  -against-<br><br>MERRICK B. GARLAND, *et al.*<br><br>                 Defendants. | **<u>SCHEDULING ORDER</u>**<br><br>21-CV-7849 (AMD)(MMH) |

---------------------------------------------------------------- x

**MARCIA M. HENRY**, United States Magistrate Judge:

      A video settlement conference is scheduled for **03/28/2025 at 10:00 AM** before Magistrate Judge Marcia M. Henry. **Plaintiff, a representative of Defendants with full settlement authority, and counsel must attend.** The parties shall submit their confidential ex parte settlement positions to **henry_chambers@nyed.uscourts.gov** no later than **03/21/2025**. With their submissions, counsel must also provide email addresses and phone numbers for counsel and clients to the Court so that the Court may connect the parties to a video conference. Counsel shall review and comply with the Court's Standing Order for Settlement Conferences in preparation for the conference, which is available on the Court's website. **Any requests to adjourn the conference shall be filed on ECF by 03/21/2025**.

      Persons granted remote access to proceedings are reminded that photographing, recording, and rebroadcasting of any court proceeding or communication with the Court are prohibited. Violation of these prohibitions may result in sanctions. A transcript of the proceeding may be ordered from the E.D.N.Y. Clerk's Office.

                                                               **SO ORDERED.**

Brooklyn, New York                      /s/*Marcia M. Henry*
February 24, 2025                      MARCIA M. HENRY
                                     United States Magistrate Judge