UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
LUIS RAFAEL FIGUEROA, JR.,                    :
                                              :
                       Plaintiff,             :
                                              :      **ORDER**
         -against-                            :
                                              :      21-CV-7849 (AMD)(MMH)
MERRICK B. GARLAND, *et al.*                  :
                                              :
                       Defendants.            :
----------------------------------------------------------------- x

**MARCIA M. HENRY**, United States Magistrate Judge:

      Pursuant to Fed. R. Civ. P. 25(d), Attorney General Pamela J. Bondi is hereby substituted as Defendant for Attorney General Merrick B Garland. The Clerk of Court is respectfully directed to update the docket and case caption accordingly.

                                      **SO ORDERED.**

Brooklyn, New York                  /s/*Marcia M. Henry*
March 28, 2025                      MARCIA M. HENRY
                                   United States Magistrate Judge