UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
LUIS RAFAEL FIGUEROA, JR.,            :
                                                              :
                           Plaintiff,     :
                                                              :           **ORDER**
        -against-                       :
                                                               :           21-CV-7849 (AMD)(MMH)
ATTORNEY GENERAL PAMELA J. BONDI,    :
*et al.*                                                                  :
                                                               :
                          Defendants.    x
--------------------------------------------------------------

**MARCIA M. HENRY**, United States Magistrate Judge:

        The parties have accepted the Court's mediator's proposal stated at the 03/28/2025 settlement conference. By **04/30/2025**, the parties shall file a stipulation of dismissal or a joint status report.

                                                      **SO ORDERED.**

Brooklyn, New York                       /s/*Marcia M. Henry*
March 31, 2025                            MARCIA M. HENRY
                                          United States Magistrate Judge